

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00011-CV

**IN THE INTEREST OF D.A.A. III**, D.A.A., D.A.A., and A.D.A., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI05227
Honorable Nadine Melissa Nieto, Judge Presiding

PER CURIAM

Sitting:    Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Delivered and Filed: February 14, 2024

DISMISSED FOR WANT OF PROSECUTION

Based on the very limited record before us, we set the clerk's record due on January 16, 2024. *See* TEX. R. APP. P. 35.1(b). Two days later, the Bexar County District Clerk notified this court that Appellant is not entitled to a free record, and Appellant has not paid the fee for preparing the record. *See* TEX. R. APP. P. 37.3(b).

On January 19, 2024, we ordered Appellant Daniel Alderete Jr. to file written proof by January 29, 2024, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) he is entitled to a free clerk's record. We warned Alderete that if he failed to respond as ordered, this appeal would be dismissed for want of prosecution. *See id.*

On January 22, 2024, representing himself, Alderete filed a "Petitioner's Proposed Order for Modification of Parent-Child Relationship and Parenting Plan."

Alderete's January 22, 2024 proposed order is neither written proof that he has made arrangements to pay the clerk's fee nor proof that he is entitled to a free record.

Alderete has failed to comply with our January 19, 2024 order.  Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

All pending requests for relief are denied.

PER CURIAM